UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON GREENBERG, a/k/a "Brandon<br>Valentine," a/k/a "Adrian,"<br><br>Defendant | Criminal No. 19cr10418<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to<br>Possess with Intent to Distribute 500 Grams or<br>More of a Mixture and Substance Containing<br>Methamphetamine<br>(21 U.S.C. § 846)<br><br>Count Two: Distribution of 500 Grams or More<br>of a Mixture and Substance Containing<br>Methamphetamine; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18<br>U.S.C. § 2)<br><br>Count Three: Distribution of 50 Grams or More<br>of a Mixture and Substance Containing<br>Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
500 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. § 846)

The Grand Jury charges:

From at least in or about November 2018 through at least on or about July 23, 2019, in

Boston and Somerville, in the District of Massachusetts, and Phoenix, in the District of Arizona,

and elsewhere, the defendant,

BRANDON GREENBERG, a/k/a "Brandon Valentine," a/k/a "Adrian,"

1

conspired with other persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, BRANDON GREENBERG, a/k/a "Brandon Valentine," a/k/a "Adrian."  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is applicable to defendant BRANDON GREENBERG, a/k/a "Brandon Valentine," a/k/a "Adrian."

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>
Distribution of 500 Grams or More of a Mixture and Substance Containing Methamphetamine;
Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about April 12, 2019, in Boston and Somerville, in the District of Massachusetts,

and Phoenix, in the District of Arizona, and elsewhere, the defendant,

BRANDON GREENBERG, a/k/a "Brandon Valentine," a/k/a "Adrian,"

did knowingly and intentionally distribute 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and

Title 18, United States Code, Section 2.

## COUNT THREE
### Distribution of 50 Grams or More of a Mixture and Substance Containing Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury further charges:

On or about July 31, 2019, in Boston and Somerville, in the District of Massachusetts, and

Phoenix, in the District of Arizona, and elsewhere, the defendant,

BRANDON GREENBERG, a/k/a "Brandon Valentine," a/k/a "Adrian,"

did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

1.     Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 846 and 841, set forth in Counts One through Three of this Indictment, the defendant,

BRANDON GREENBERG, a/k/a "Brandon Valentine," a/k/a "Adrian,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.     If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

     a.   cannot be located upon the exercise of due diligence;

     b.   has been transferred or sold to, or deposited with, a third party;

     c.   has been placed beyond the jurisdiction of the Court;

     d.   has been substantially diminished in value; or

     e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JAMES E. ARNOLD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: October 30, 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

10/30/19
11:00 am

6